UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELGIGANTE WILLIAMS

VERSUS

JEFFERSON PARISH, ET AL

CIVIL ACTION

NO.  25-1242

SECTION "H"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the Objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Elgigante Williams's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**

New Orleans, Louisiana, this 3rd day of August, 2026.

_____
**UNITED STATES DISTRICT JUDGE**